400 A.2d 607

. Commonwealth v. Frank, Appellant.
Petition for Allowance of Appeal Denied April 16, 1979.

Argued December 5, 1978. R. Kerry Kalmbach, Assistant Public Defender, for appellant; Joan D. Lasensky, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

400 A.2d 607

Commonwealth, Appellant, v. Fredericks.

Argued December 4, 1978. Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellant; Margaret Poswistilo, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.